UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPHINE PAUL,

                           Plaintiff,

      v.                                                       3:06-CV-233

CITY OF BINGHAMTON, et al,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       On November 12, 2007, Plaintiff sent a letter to the Court (which was served on all parties) stating that this matter has been settled and that the parties anticipated filing "all necessary documents within 30 days." To date, no settlement papers, stipulation of discontinuance, or other papers have been filed by the parties.

       **Accordingly, unless the parties notify the Court otherwise _on or before January 24, 2008_, this case _SHALL BE DISMISSED PURSUANT TO FED. R. CIV. P. 41(a)(2) AND, IN THE ALTERNATIVE, FED. R. CIV. P. 41(b), WITHOUT FURTHER NOTICE OR ORDER OF THE COURT_.**

IT IS SO ORDERED.

Dated: January 14, 2008

                                                    Thomas J. McAvoy
                                                    Senior, U.S. District Judge